IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09 CR 3007 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS D. ROSS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the defendant's motion for continuance of trial, and the government's indication it does not oppose,

IT THEREFORE HEREBY IS ORDERED: The motion, Filing No. 22, is granted, and trial of this case is continued to 9:00 a.m. on June 29, 2009, and is scheduled for a duration of four trial days. Jury selection will be at commencement of trial.

DATED April 23, 2009

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge