IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3007 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS DEWAYNE ROSS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for June 29, 2009, (filing no. 29), because he needs additional time for factual investigation and trial preparation. The government does not oppose the requested continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 29), is granted.

2) The trial of this case is set to commence at 9:00 a.m. on August 17, 2009 for a duration of four trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time

between today's date and August 17, 2009 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(8)(A).

DATED this 25th day of June, 2009.

>BY THE COURT:
>
>*s/Richard G. Kopf*
>United States District Judge