IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3007 |
| V. | ) | |
| THOMAS DEWAYNE ROSS, | ) | ORDER |
| Defendant. | ) | |

The government has provided a detailed response to my earlier Memorandum and Order (filing 59). I thank the government for its thorough report. Having considered the report,

IT IS ORDERED that:

1. The Clerk shall file the report and restrict access to counsel of record in this case and the defendant.

2. The Clerk shall provide counsel of record and the defendant with a copy of the report and this Memorandum and Order.

3. The undersigned will take no further action.

DATED this 24th day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge