IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3007 |
| V. | ) | |
| THOMAS DEWAYNE ROSS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Clerk of Court shall file the attached document as a "Johnson" § 2255 motion.

(2) Pursuant to General Order No. 2015-03, the Federal Public Defender is herewith appointed to represent the defendant.

(3) The Clerk of Court shall provide a copy of the defendant's motion and this order to the Federal Public Defender, the prosecutor in this case, and Supervising United States Probation Officer Kelly Nelson.

DATED this 21st day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge