IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3007 |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS DEWAYNE ROSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has filed a Motion to Vacate under 28 U.S.C. 2255 (Johnson) (filing no. 129).

IT IS ORDERED that:

(1) The plaintiff shall file its answer on or before June 30, 2016.

(2) The parties shall file joint and simultaneous briefs no later than July 15, 2016.

(3) The parties shall file joint and simultaneous reply briefs addressing the initial briefs no later than August 1, 2016.

DATED this 31st day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge