IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3007 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS DEWAYNE ROSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned is in receipt of a letter from the defendant dated March 6, 2017.

IT IS ORDERED that:

(1)   The Clerk of Court shall file the defendant's letter as a miscellaneous document.

(2)   The Clerk of Court shall provide Assistant Federal Public Defender John C. Vanderslice with a copy of the defendant's letter.

DATED this 16th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge