IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3007 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS DEWAYNE ROSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion to dismiss (filing no. 135) is granted and the defendant's motions to vacate under 28 U.S.C. § 2255 (filing nos. 125 and 129) are dismissed without prejudice.

DATED this 23rd day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge