IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09CR3007 |
| vs. | |
| THOMAS DEWAYNE ROSS, | RELEASE ORDER |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for June 4, 2020 at 12:00 p.m. (noon) before the Honorable Richard G. Kopf, in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

March 4, 2020.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge