IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>THOMAS DEWAYNE ROSS,<br><br>           Defendant. | 4:09CR3007<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's Motion to Dismiss (Filing 150) the Petition for Action on Offender Under Supervision (Filing 138) is granted. The defendant's September 29, 2020, revocation hearing is canceled.

    Dated this 9th day of September, 2020.

                                                   BY THE COURT:

                                                   *Richard G. Kopf*

                                                   Richard G. Kopf
                                                   Senior United States District Judge