IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS DEWAYNE ROSS,<br><br>　　　　　　Defendant. | 4:09CR3007<br><br>**ORDER** |

　　　Pursuant to the recommendations of the Assistant United States Attorney and the United States Probation and Pretrial Services Officer,

　　　IT IS ORDERED that the defendant's motion for early release (Filing 154) is denied.

　　　Dated this 18th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge